IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANDREW ROSS and SUSAN GERARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>HECTOR BALDERAS, JR., ROBERT GARCIA, SARAH MICHAEL SINGLETON, FRANCIS J. MATHEW, RAYMOND Z. ORTIZ, DAVID K. THOMPSON, JENNIFER ATTREP, T. GLENN ELLINGTON, SYLVIA LAMAR, DONITA OLYMPIA SENA, DONNA BEVACQUA-YOUNG, PAT CASADOS, FRANK SEDILLO, WILLIAM PACHECO, ANTONIO GUTIERREZ, ANNA MONTOYA, JUDAH BEN MONTANO, A. ARROYO, E. MONTIJO, MICHELLE PORTILLO, STEPHEN T. PACHECO, JANE GAGNE, JOYCE BUSTOS, LYNN PICKARD, PAMELA REYNOLDS, ROBIN MARTINEZ, ROBERT RICHARDS, BRENDA WALL, AUDREY MONTOYA, and ALLSTATE INSURANCE, INC.,<br><br>    Defendants. | No.    1:16-cv-01121 PJK/SMV |

ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT

THIS MATTER comes on for consideration of Plaintiffs' Motions for Default

Judgment filed November 10, 2016, urging the court to issue default judgments in the

amounts of $10 million each against the following defendants: A. Arroyo, E. Montijo, Judah Ben Montano, Antonio Gutierrez, Anna Montoya, Robert Garcia, and William Pacheco.  Docs. 34–40.  The motions also request hearings on damages.  Fed. R. Civ. P. 55(b)(2).  The motions recite that each defendant was served on October 18, 2016, and should have responded not later than November 8.  The court notes that defendants Gutierrez, Montoya, Garcia, and Pacheco have now answered, Doc. 49 (November 15), as have defendants Arroyo, Montijo, and Montano, Doc. 50 (November 16).

The court notes that Plaintiffs did not request entry of default by the Clerk.  Fed. R. Civ. P. 55(a).  In addition, there is a strong preference for cases to be determined on the merits, Plaintiffs identified no prejudice, and the various defendants promptly answered.   The court will exercise its discretion and deny the motions.  Because the just outcome in the disposition of these motions is apparent, replies are unnecessary.

NOW, THEREFORE, IT IS ORDERED THAT Plaintiffs' Motions for Default Judgment against defendants A. Arroyo, E. Montijo, Judah Ben Montano, Antonio Gutierrez, Anna Montoya, Robert Garcia, and William Pacheco are denied.  Docs. 34–40.

DATED this <u>29th</u> day of November 2016, at Santa Fe, New Mexico.

                                                 /s/ Paul Kelly, Jr.
                                               United States Circuit Judge
                                               Sitting by Designation

Counsel:
Arash Kashanian, Albuquerque, New Mexico, for Plaintiffs.

Michael Dickman, Santa Fe, New Mexico, for defendants Robert Garcia, William Pacheco, Antonio Gutierrez, and Anna Montoya.

Luis Robles and Jordon George, Robles, Rael & Anaya, Albuquerque, New Mexico for defendants Judah Ben Montano, A. Arroyo, and E. Montijo.