IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANDREW ROSS and SUSAN GERARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>HECTOR BALDERAS, JR., ROBERT GARCIA, SARAH MICHAEL SINGLETON, FRANCIS J. MATHEW, RAYMOND Z. ORTIZ, DAVID K. THOMPSON, JENNIFER ATTREP, T. GLENN ELLINGTON, SYLVIA LAMAR, DONITA OLYMPIA SENA, DONNA BEVACQUA-YOUNG, PAT CASADOS, FRANK SEDILLO, WILLIAM PACHECO, ANTONIO GUTIERREZ, ANNA MONTOYA, JUDAH BEN MONTANO, A. ARROYO, E. MONTIJO, MICHELLE PORTILLO, STEPHEN T. PACHECO, JANE GAGNE, JOYCE BUSTOS, LYNN PICKARD, PAMELA REYNOLDS, ROBIN MARTINEZ, ROBERT RICHARDS, BRENDA WALL, AUDREY MONTOYA, and ALLSTATE INSURANCE, INC.,<br><br>    Defendants.<br><br>---------------------------<br><br>PAMELA REYNOLDS and ROBERT RICHARDS,<br><br>    Counter-Claimants,<br><br>vs. | No.    1:16-cv-01121 PJK/SMV |

ANDREW ROSS and SUSAN GERARD,

    Counter-Defendants.

ORDER DISMISSING COUNTERCLAIM WITHOUT PREJUDICE

THIS MATTER came on for consideration sua sponte, and the court, having dismissed the Plaintiffs' federal claims, declines to exercise supplemental jurisdiction over Defendant Richards' state-law counterclaim for harassment. Doc. 45 at 2; see 28 U.S.C. § 1367(c)(3); Exum v. U.S. Olympic Comm., 389 F.3d 1130, 1138 (10th Cir. 2004) (dismissing counterclaims after federal claims dismissed before trial). The counterclaim will be dismissed without prejudice.

NOW, THEREFORE, IT IS ORDERED that Defendant Richards' state-law counterclaim is dismissed without prejudice.

DATED this 18th day of April 2017, at Santa Fe, New Mexico.

*Paul Kelly, Jr.*
United States Circuit Judge
Sitting by Designation

Counsel:

Arash "Asher" Kashanian, Albuquerque, New Mexico, for Plaintiffs.

Robert Richards, Santa Fe, New Mexico, pro se.