IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

17 JUL 24 AM 10: 26

CLERK-ALBUQUERQUE

ANDREW ROSS and SUSAN GERARD,

    Plaintiffs,

v.    1:16-cv-01121 PJK/SMV

HECTOR BALDERAS, et al.,

    Defendants.

**PLAINTIFF, ANDREW ROSS' PRO SE MOTION FOR REFERRAL OR ROBERT RICHARD, ESQ. TO THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEW MEXICO FOR PROSECUTION FOR MAIL AND WIRE FRAUD PURSUANT TO 18 U.S.C. SECTION 1341 AND 18 U.S.C. SECTION 1343**

    **COMES NOW** the Plaintiff, Andrew Ross, and moves this Honorable Court to refer Robert Richards, Esq. to the United States Attorney for the District of New Mexico for criminal prosecution of violating both 18 U.S.C. § 1341 and 18 U.S.C. § 1343 for reasons appearing below:

    1.    Richards entire filings in the instant case regarding his requests for attorney's fees and his subsequent objections to the Magistrate findings dated July 12, 2017 (Doc. 237) are both a fraud on this Honorable Court and criminally violative of 18 U.S.C. § 1341 and 18 U.S.C. § 1343.

    2.    Richards has never had any paralegal assistance in this case. The inarguable truth of the matter is that Richards prepared any and all pleadings in this instant case by himself. The content of his filed pleadings could have only been prepared by a vastly experienced attorney of law with many years of motion practice before courts of law.

    3.    The supposed paralegal mentioned by Richards in his pleadings is Angelique Wall who is not coincidently the wife of defendant Brenda Wall. On information and belief, Richards has run up attorneys fees in his representation of Brenda Wall in excess of $100,000.00 and has not been paid in an amount in excess of $2,000.00 by either Brenda or Angelique Wall.

4. Richards has continuously and maliciously attacked the plaintiff, Andrew Ross, in his pleadings both in the instant case and all pending cases involving the parties. The truth is that Robert Richards has been suspended from the practice of law by the New Mexico Disciplinary Board for lying to various courts that he has appeared in, see *In Re Richards*, 986 P.2d 1117 (1999) and was suspended from the practice of law in New Mexico for a period of 2 years.

5. Richards has falsely and fraudulently represented to this Honorable Court, pleadings that do not have a *scintilla* of truth in their respective four corners.

**WHEREFORE** the Plaintiff respectfully demands this Honorable Court to issue an Order of Referral to the United States Attorney for the District of New Mexico recommending criminal prosecution of Robert Richards, Esq., for violating 18 U.S.C. § 1341 and 18 U.S.C. § 1343 and for any other relief that the Court deems just and proper.

Respectfully Submitted,

_____
Andrew Ross, *Pro Se*
1704 Chandelle Loop, N.E.
Albuquerque, NM 87112
(505) 610-8870

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this Motion to be served upon all parties of record or entities by U.S. Mail and electronic transmission on this 24th day of July, 2017.

_____
Andrew Ross, *Pro Se*