IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANDREW ROSS and SUSAN GERARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>HECTOR BALDERAS, JR., ROBERT GARCIA, SARAH MICHAEL SINGLETON, FRANCIS J. MATHEW, RAYMOND Z. ORTIZ, DAVID K. THOMPSON, JENNIFER ATTREP, T. GLENN ELLINGTON, SYLVIA LAMAR, DONITA OLYMPIA SENA, DONNA BEVACQUA-YOUNG, PAT CASADOS, FRANK SEDILLO, WILLIAM PACHECO, ANTONIO GUTIERREZ, ANNA MONTOYA, JUDAH BEN MONTANO, A. ARROYO, E. MONTIJO, MICHELLE PORTILLO, STEPHEN T. PACHECO, JANE GAGNE, JOYCE BUSTOS, LYNN PICKARD, PAMELA REYNOLDS, ROBIN MARTINEZ, ROBERT RICHARDS, BRENDA WALL, AUDREY MONTOYA, and ALLSTATE INSURANCE, INC.,<br><br>    Defendants.<br><br>--------------------------<br><br>PAMELA REYNOLDS and ROBERT RICHARDS,<br><br>    Counter-Claimants,<br><br>vs. | No.    1:16-cv-01121 PJK/SMV |

ANDREW ROSS and SUSAN GERARD,

    Counter-Defendants.

---

FINAL JUDGMENT ON ATTORNEY'S FEES

---

THIS MATTER came on for consideration and, the court having rendered its decisions (Docs. 249, 250), it is ordered that Defendants Judah Ben Montano, A. Arroyo, E. Montijo, Hector Balderas, Jr., William Pacheco, Antonio Gutierrez, Anna Montoya, and Robert Garcia recover $46,625.55, plus interest pursuant to 28 U.S.C. § 1961, half from Plaintiffs Andrew Ross and Susan Gerard, and half from their counsel, Mr. Arash Kashanian, personally, as set forth in the following table.

| Judgment for Defendants | Judgment amount | Judgment amount against Plaintiffs Andrew Ross and Susan Gerard | Judgment amount against Attorney Arash Kashanian |
|---|---|---|---|
| Judah Ben Montano, A. Arroyo & E. Montijo | $17,177.50 | $8,588.75 | $8,588.75 |
| Hector Balderas, Jr. | $4,864.00 | $2,432.00 | $2,432.00 |
| William Pacheco, Antonio Gutierrez & Anna Montoya | $12,529.05 | $6,264.53 | $6,264.52 |
| Robert Garcia | $12,055.00 | $6,027.50 | $6,027.50 |
| Total | $46,625.55 | $23,312.78 | $23,312.77 |

DATED this 11th day of August 2017, at Santa Fe, New Mexico.

_____
United States Circuit Judge
Sitting by Designation